## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

THOMAS I. GAGE,

                Plaintiff,

      v.

BOROUGH OF HOPATCONG, WILLIAM
DONEGAN, PETER A. FICO, MORRIS
COUNTY MUNICIPAL JIF, MUNICIPAL
EXCESS JIF, and JOHN K. RUSCHKE, P.E.,

           Defendant.

Case No. 2:25-cv-3696 (BRM) (SDA)

**ORDER**

**THIS MATTER** is before the Court on Defendant John K. Ruschke, P.E.'s ("Ruschke") and Defendants Borough of Hopatcong, William Donegan, Municipal Court Judge Peter A. Fico, Morris County Municipal JIF, and Municipal Excess JIF's ("New Defendants") respective Motions to Dismiss *pro se* plaintiff Thomas I. Gage's Complaint (ECF No. 1) for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6). (ECF No. 12; ECF No. 27.) Plaintiff filed oppositions to both motions. (ECF No. 25; ECF No. 28.) Ruschke filed a reply. (ECF No. 26.) Also before the Court is Gage's Motion for Default Judgment against the Borough of Hopatcong. (ECF No. 29.) Having reviewed and considered the submissions filed in connection with the motions and having declined to hold oral argument pursuant to Federal Rule of Civil Procedure 78(b), for the reasons set forth in the accompanying Opinion and for good cause having been shown,

**IT IS** on this 6th day of October 2025,

**ORDERED** that Ruschke's Motion to Dismiss (ECF No. 12) is **GRANTED**; and it is further

**ORDERED** that New Defendants' Motion to Dismiss (ECF No. 27) is **GRANTED**; and it is further

**ORDERED** that Plaintiff's Motion for Default Judgment (ECF No. 29) is **DENIED**; and it is further

**ORDERED** that Plaintiff's Complaint (ECF No. 1) is **DISMISSED WITH PREJUDICE**; and it is further

**ORDERED** that Ruschke shall submit an itemized petition for reasonable attorneys' fees with supporting materials to the Court within 20 days.

*/s/ Brian R. Martinotti*
**HON. BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**